**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 22-cr-91-SWS |
| Plaintiff, | |
| **v.** | **Ct 1:** **16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B) and 21 U.S.C. § 2** (Lacey Act) |
| **JEREMY DANIEL WARD,** (Counts 1 and 2) | |
| and | **Ct 2:** **18 U.S.C. §§ 641 and 2** (Theft of Government Property) |
| **ROBIN LYNN LEHAT,** (Counts 1 and 2) | |
| Defendants. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about April 20, 2022, through and including June 15, 2022, in the District of Wyoming, the Defendants, **JEREMY DANIEL WARD** and **ROBIN LYNN LEHAT**, did knowingly transport wildlife taken and possessed in violation of 36 C.F.R. 2.1(a)(1)(i), which wildlife had a market value of more than $350.00, with the intent to sell said wildlife, and attempted to do so.

In violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B) and 21 U.S.C. § 2.

### COUNT TWO

From on or about April 20, 2022, through on or about June 15, 2022, in the District of Wyoming, the Defendants, **JEREMY DANIEL WARD** and **ROBIN LYNN LEHAT**, did willfully and knowingly steal elk sheds and game skulls, property of the National Park Service, an agency of the United States, of a value exceeding $1,000, and the Defendants knowingly aided and abetted each other in the commission of this offense.

In violation of 18 U.S.C. §§ 641 and 2.

A TRUE BILL:
*Ink Signature on File with Clerk's Office*
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **JEREMY DANIEL WARD and ROBIN LYNN LEHAT** |
| **DATE:** | July 19, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |

**OFFENSE/PENALTIES:  Ct: 1**  **16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B) and 21 U.S.C. § 2 (Lacey Act)**

0-1 Year Imprisonment
Up To $100,000 Fine
1 Year Supervised Release
$25.00 Special Assessment

**Ct: 2**  **18 U.S.C. § 661 and 2 (Theft of Government Property)**

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**

0-10 Years Imprisonment
Up To $350,000 Fine
4 Years Supervised Release
$125 Special Assessment

| | |
|---|---|
| **AGENT:** | Brett Timm, NPS |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |