Jordan Deckenbach, Minnesota State Bar No. 0389439
Asst. Federal Public Defender
104 South Wolcott Street, Suite 601
Casper, WY 82601
307-772-2781
Jordan.Deckenbach@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-CR-91-SWS |
| JEREMY DANIEL WARD, | |
| Defendant. | |

## MOTION FOR ORDER DIRECTING PAYMENT OF
## ONE-WAY TRAVEL AND LODGING EXPENSES AT GOVERNMENT EXPENSE

The defendant, Jeremy Daniel Ward by and through counsel, Assistant Federal Public Defender Jordan Deckenbach, pursuant to 18 U.S.C.§ 4285, respectfully moves this Court for an Order directing the United States Marshal to pay one-way travel and lodging expenses for Mr. Ward to travel from Moore, Idaho to the United States District Court in Casper, Wyoming on or before January 9, 2023, to attend the Defendant's change of plea hearing.

Mr. Ward further moves that the order issuing from this motion extend the order to reimburse to any date that the above-reference hearing might be moved to.

DATED this 3rd day of January 2023.

>Respectfully submitted,
>
>VIRGINIA L. GRADY
>Federal Public Defender
>
>*/s/ Jordan Deckenbach*
>Jordan Deckenbach
>Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023 the foregoing was electronically filed and consequently served on counsel of record.

>*/s/ Jordan Deckenbach*
>Jordan Deckenbach